# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE L. BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV1118 CEJ |
| | ) | |
| CHRISTIAN ISLAND FOOD SERVICE, | ) | |
| d/b/a Calecos Bar & Grill, | ) | |
| | ) | |
| Defendant, | ) | |

## **MEMORANDUM AND ORDER**

Plaintiff moves for leave to proceed in forma pauperis in this employment discrimination action brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. Upon review of the financial information submitted, the Court finds that plaintiff is entitled to proceed without paying the filing fee.

Plaintiff brings this action against Christian Island Food Service and its two owners, John Kjar and Jeff Kjar. The Kjars are not proper defendants. Title VII provides a remedy only against an "employer." It is well-settled in this circuit that "supervisors may not be held individually liable under Title VII." *Bonomolo-Hagen v. Clay Central-Everly Community School District*, 121 F.3d 446, 447 (8th Cir. 1997). *See also*, *Roark v. City of Hazen, Arkansas*, 189 F.3d 758, 761 (8th Cir. 1999). Therefore, this action will be dismissed as to the individual defendants.

Christian Island Food Service, doing business as Calecos Bar & Grill, is the proper defendant in this action.[1] As a result, the Court will direct the Clerk to make the appropriate changes to the docket sheet.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [ECF No. 2] is **granted**.

**IT IS FURTHER ORDERED** that the Clerk is directed to list Christian Island Food Service, doing business as Calecos Bar & Grill, as the defendant in this case.

**IT IS FURTHER ORDERED** that the Clerk is directed to serve process on defendant.

An Order of Partial Dismissal will be filed separately.

Dated this 22nd day of July, 2015.

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

---

[1] Although plaintiff did not list Christian Island Food Service in the caption, he included the company in his list of defendants in the complaint.