UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIE L. BUTLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15CV1118 CEJ |
| ) | |
| CHRISTIAN ISLAND FOOD SERVICE, ) | |
| d/b/a Calecos Bar & Grill, ) | |
| ) | |
| Defendant, ) | |

## MEMORANDUM AND ORDER

Plaintiff moves for appointment of counsel. After considering the motion and the pleadings, the motion is denied without prejudice to refiling at a later time.

There is no constitutional or statutory right to appointed counsel in civil cases. *Nelson v. Redfield Lithograph Printing*, 728 F.2d 1003, 1004 (8th Cir. 1984). In determining whether to appoint counsel, the Court considers several factors, including (1) whether the plaintiff has presented non-frivolous allegations supporting his or her prayer for relief; (2) whether the plaintiff will substantially benefit from the appointment of counsel; (3) whether there is a need to further investigate and present the facts related to the plaintiff's allegations; and (4) whether the factual and legal issues presented by the action are complex. *See Johnson v. Williams*, 788 F.2d 1319, 1322-23 (8th Cir. 1986); *Nelson*, 728 F.2d at 1005.

Plaintiff has presented non-frivolous allegations of race discrimination in the workplace. However, he has demonstrated, at this point, that he can adequately present his claims to the Court. The factual allegations are not complex; plaintiff claims he was treated differently than Caucasian employees and that he was terminated because of his race. Similarly, the legal issues are not complex.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel [ECF No. 4] is **DENIED** without prejudice.

Dated this 22nd day of July, 2015.

                                                CAROL E. JACKSON
                                                UNITED STATES DISTRICT JUDGE